IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Westbrook, Jacqunetta

Printed: 12/19/07

Case Number: 05 B 24453
Judge: Wedoff, Eugene R

Filed: 6/20/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 7, 2007
Confirmed: August 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 29,516.52 |  |
| Secured: |  | 12,724.15 |
| Unsecured: |  | 10,416.63 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,310.00 |
| Trustee Fee: |  | 1,340.26 |
| Other Funds: |  | 3,725.48 |
| Totals: | 29,516.52 | 29,516.52 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Dennis G Knipp | Administrative | 1,310.00 | 1,310.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 16,119.45 | 12,595.15 |
| 4. | City of Evanston | Secured | 129.00 | 129.00 |
| 5. | Specialized Management Consultants | Unsecured | 231.56 | 231.56 |
| 6. | Kohl's/Kohl's Dept Stores | Unsecured | 178.21 | 178.21 |
| 7. | ECast Settlement Corp | Unsecured | 4,771.18 | 4,771.18 |
| 8. | Onyx Acceptance Corp | Unsecured | 2,366.79 | 2,366.79 |
| 9. | ECast Settlement Corp | Unsecured | 1,034.37 | 1,034.37 |
| 10. | Nicor Gas | Unsecured | 1,834.52 | 1,834.52 |
| 11. | Crown Park Estates Homeowners Assoc | Secured |  | No Claim Filed |
| 12. | ENH Laboratory Services Clinic | Unsecured |  | No Claim Filed |
| 13. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 14. | City of Evanston | Unsecured |  | No Claim Filed |
| 15. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 17. | HCI Direct | Unsecured |  | No Claim Filed |
| 18. | ECast Settlement Corp | Unsecured |  | No Claim Filed |
| 19. | Essence Magazine | Unsecured |  | No Claim Filed |
| 20. | Jewel Food Stores | Unsecured |  | No Claim Filed |
| 21. | Lane Bryant | Unsecured |  | No Claim Filed |
| 22. | Credit Management Service | Unsecured |  | No Claim Filed |
| 23. | Ustelcom | Unsecured |  | No Claim Filed |
| 24. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 25. | BMG Music Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Westbrook, Jacqunetta

Printed:  12/19/07

Case Number:  05 B 24453
Judge:  Wedoff, Eugene R
Filed:  6/20/05

$ 27,975.08      $ 24,450.78

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 32.97 |
| 5.5% | 332.48 |
| 5% | 112.51 |
| 4.8% | 185.09 |
| 5.4% | 677.21 |

$ 1,340.26

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

